KEVIN V. RYAN (CSBN 118321)
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division

STEVEN J. SALTIEL (CSBN 202292)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6996
    FAX: (415) 436-6748

Attorneys for Defendant

**FILED**

DEC 7 - 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALAN AITKEN and LINDA PITZER-DONATO,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. C 06-00803 CW<br><br>**[PROPOSED] ORDER** |

IT IS HEREBY ORDERED that the representative of the Department of the Navy is excused from personally attending the December 20, 2006 mediation in the above-captioned action, and may be available by telephone.

DATED: *12-7-06*

_____
Hon. Wayne D. Brazil
ADR Magistrate Judge

[PROPOSED] ORDER
No. C 06-00803 CW